proceeds. Employer paid compensation for the death of Rose Brown to William Brown, a dependent of Rose Brown. Sec. 287.-240(4)(a). Settlement was made by Barrington–Bryce and Building Butlers for that wrongful death. Employer is entitled to receive all sums paid to William Brown under workers' compensation law from that settlement. In what manner the proceeds are divided between family members, one of whom is a dependent and the others who are not, is irrelevant to the statutory command that National receive all sums it has paid to William Brown, the dependent, from the settlement.

I would reverse the judgment of the trial court.

## ORDER

PER CURIAM.

Movant, Dwayne Miller, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the motion court are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the motion court's order pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.

■

**Dwayne MILLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 62834.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 31, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1993.

Application to Transfer Denied
Nov. 23, 1993.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

■

**STATE ex rel. David R. MERRITT, Relator,**

v.

**Thomas C. MUMMERT, III, Presiding Judge, Circuit Court of the City of St. Louis, Missouri, Respondent.**

No. 63664.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 7, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 19, 1993.

Application to Transfer Denied
Nov. 23, 1993.

